NIGHT BOX
FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

NOV - 8 1999

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

Case No._____-Civ

# 99 - 3022

## CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

SURF LINE HAWAII, LTD.

                    Plaintiffs,

          v.

PLANET FISH and RICARDO TEIXEIRA

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

## PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Surf Line Hawaii, Ltd. ("Surf Line") brings this Complaint for Copyright

Infringement ("Complaint") against Defendants Planet Fish and Ricardo Teixeira based upon the

following allegations:

### The Parties

1.    Plaintiff Surf Line Hawaii, Ltd. ("Surf Line") is a corporation duly organized and

existing under the laws of the state of Hawaii and having a principal place of business at 1451

Kalani Street, Honolulu, Hawaii.

2.    Upon information and belief, defendant Planet Fish is a Florida business of unknown

type having a principal place of business at 243 East Enid Drive, Key Biscayne, Florida.

3.       Upon information and belief, defendant Ricardo Teixeira is a Florida citizen and the sole proprietor of Planet Fish.

Jurisdiction and Venue

4.       This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.

5.       This Court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

6.       Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims for relief stated in this Complaint occurred in this judicial district.  Venue is also proper in this judicial district under 28 U.S.C. § 1400(a).

Facts

7.       Surf Line is, and at all times relevant to the matters alleged in this complaint was, engaged in the business of designing, manufacturing, distributing, marketing and selling clothing and accessories all made from Surf Line's proprietary fabric designs.

8.       To protect its proprietary fabric designs, Surf Line sells its own line of clothing and accessories only in limited, exclusive retail outlets.

9.       Because Surf Line is very selective about choosing its retailers and because their clothing and accessories are available in a limited number of exclusive retail outlets, Surf Line's proprietary fabric designs are highly valuable to its business.

10.       Surf Line's unique and creative fabric designs have become characteristic of its line of clothing and accessories.  Surf Line normally uses each of its fabric patterns for only one year, further enhancing the value to the company of these special designs.

11.     On or about September 16, 1996, Faro Disegni s.n.c. created an original fabric design entitled Pop Flower for Surf Line which paid the Faro Disegni partnership for doing so.

12.     On or about September 2, 1998, Faro Disegni assigned all his right, title and interest in the Pop Flower fabric design to Surf Line, effective September 25, 1995.  A true and correct copy of the assignment is attached as Exhibit A.

13.     The Pop Flower fabric design contains materially wholly original with Faro Disegni and with Surf Line that is copyrightable subject matter under 17 U.S.C. § 102.

14.     On or about October 29, 1998, plaintiff Surf Line applied to the Register of Copyrights for a Certificate of Registration for the Pop Flower fabric design.  The Register of Copyrights issued the Certificate effective October 29, 1998, which bears registration number VA921-171.  A true and correct copy of this Certificate is attached hereto as Exhibit B.

15.     Surf Line is currently the sole proprietor of all right, title, and interest in and to the copyright for the Pop Flower fabric design.   Surf Line has manufactured, distributed, marketed and sold clothing and accessories made from the Pop Flower fabric in strict conformity with the Copyright Act of 1976 §§ 401, 405, 407 and 408 and all other laws governing copyright.

16.     On or about May 1996, designer Francesco Ortenzi created an original fabric design entitled Flower Track for Surf Line which paid Mr. Ortenzi for doing so.

17.     On or about February 26, 1999, Mr. Ortenzi assigned all his right, title and interest in the Flower Track fabric design to Surf Line, effective May 7, 1996.  A true and correct copy of the assignment is attached as Exhibit C.

18.     The Flower Track fabric design contains materially wholly original with Mr. Ortenzi and with Surf Line that is copyrightable subject matter under 17 U.S.C.§102.

19.     On or about March 11, 1999, plaintiff Surf Line applied to the Register of Copyrights for a Certificate of Registration for the Flower Track fabric design.  The Register of Copyrights

issued the Certificate effective March 11, 1999 which bears registration number VA718-423. A true and correct copy of this Certificate is attached hereto as Exhibit D.

20.    Surf Line is currently the sole proprieter of all right, title, and interest in and to the copyright for the Flower Track fabric design. Surf Line has manufactured, distributed, marketed and sold clothing and accessories made from the Flower Track fabric in strict conformity with the Copyright Act of 1976 §§ 401, 405, 407 and 408 and all other laws governing copyright.

21.    On or about September 1996, designer Francesco Ortenzi created an original fabric design entitled Dacy for Surf Line which paid the Mr. Ortenzi for doing so.

22.    On or about February 26, 1999, Mr. Ortenzi assigned all his right, title and interest in the Dacy fabric design to Surf Line, effective September 16, 1996. A true and correct copy of the assignment is attached as Exhibit E.

23.    The Dacy fabric design contains materially wholly original with Mr. Ortenzi and with Surf Line that is copyrightable subject matter under 17. U.S.C. § 102.

24.    On or about March 15, 1999, plaintiff Surf Line applied to the Register of Copyrights for a Certificate of Registration for the Dacy fabric design. The Register of Copyrights issued the Certificate effective March 15, 1999 which bears registration number VA804-968. A true and correct copy of this Certificate is attached hereto as Exhibit F.

25.    Surf Line is currently the sole proprietor of all right, title, and interest in and to the copyright for the Dacy fabric design. Surf Line has manufactured, distributed, marketed and sold clothing and accessories made from the Dacy fabric in strict conformity with the Copyright Act of 1976 §§ 401, 405, 407 and 408 and all other laws governing copyright.

26.    On or about September 1995, Paolo Frakas and Genevieve Frakas created an original fabric design entitled Oasis for Surf Line which paid them for doing so.

27.    On or about October 22, 1998, Paolo and Genevieve Frakas assigned all their right, title, and interest in the Oasis fabric design to Surf Line, effective September 28, 1995. A true and correct copy of the assignment is attached as Exhibit G.

28.    The Oasis fabric design contains materially wholly original with Paolo and Genevieve Frakas and with Surf Line that is copyrightable subject matter under 17 U.S.C. § 102.

29.    On or about December 1, 1998, plaintiff Surf Line applied to the Register of Copyrights for a Certificate of Registration for the Oasis fabric design. The Register of Copyrights issued that Certificate effective December 1, 1998 which bears registration number VA919-777. A true and correct coy of this Certificate is attached hereto as Exhibit H.

30.    Surf Line is currently the sole proprietor of all right, title, and interest in and to the copyright for the Oasis fabric design. Surf Line has manufactured, distributed, marketed and sold clothing and accessories made from the Oasis fabric in strict conformity with the Copyright Act of 1976 §§ 401, 405, 407 and 408 and all other laws governing copyright.

31.    On or about September 1995, Paul Hargittai created an original fabric design entitled Scurry for Surf Line which paid the Mr. Hargittai for doing so.

32.    On or about November 25, 1998, Mr. Hargittai assigned all his right, title and interest in the Scurry fabric design to Surf Line, effective September 30, 1995. A true and correct copy of the assignment is attached as Exhibit I.

33.    The Scurry fabric design contains materially wholly original with Mr. Hargittai and with Surf Line that is copyrightable subject matter under 17 U.S.C. § 102.

34.    On or about February 1, 1999, plaintiff Surf Line applied to the Register of Copyrights for a Certificate of Registration for the Scurry fabric design. The Register of Copyrights issued the Certificate effective February 1, 1999 which bears registration number VA931-756. A true and correct copy of this Certificate is attached hereto as Exhibit J.

35.     Surf Line is currently the sole proprietor of all right, title, and interest in and to the copyright for the Scurry fabric designs.  Surf Line has manufactured, distributed, marketed and sold clothing and accessories made from the Scurry fabric in strict conformity with the Copyright Act of 1976 §§ 401, 405, 407 and 408 and all other laws governing copyright.

36.     Surf Line is informed and believes, and on that basis alleges, that Defendants purchased bolts of fabric in Indonesia which fabric illegally reproduces Surf Line's copyrighted Pop Flower, Flower Track, Dacy, Oasis and Scurry designs (hereinafter "copyrighted designs") and infringes Surf Line's copyright in its copyrighted designs.

37.     Surf Line is also informed and believes, and on that basis alleges, that Defendants imported fabric which infringes its copyrighted designs into the United States in violation of 17 U.S.C. §§ 602 and 501.

38.     Further, Surf Line is informed and believes that Defendants, since at least as early as September 1999, have been manufacturing, displaying, offering to sell and selling garments made of fabric reproducing Surf Line's copyrighted designs.

39.     The natural, probable and foreseeable result of Defendants' wrongful conduct has been and will continue to be to deprive Surf Line of the benefits of selling its own clothing and accessories made from its copyrighted fabric designs, to deprive Surf Line of goodwill, and to injure Surf Line's relations with present and prospective customers.

40.     Surf Line is informed and believes, and on that basis alleges, that it has lost and will continue to lose substantial revenues from the sale of its own line of clothing and accessories and will sustain damage as a result of Defendant's wrongful conduct and Defendants' manufacture, display, sales and offerings for sale of garments made of unauthorized fabric containing the copyrighted designs.  Defendants' wrongful conduct has also deprived and will continue to deprive Surf Line of opportunities for expanding its goodwill.

41.     Surf Line is informed and believes, and on the basis alleges, that unless enjoined by this Court, Defendants intend to continue their course of conduct and to wrongfully use, infringe upon, display, sell, offer to sell and otherwise profit from Surf Line's copyrighted designs and works derived from them.  As a direct and proximate result of the acts of Defendants alleged above, Surf Line has already suffered irreparable damage and has sustained lost profits.  Surf Line  has no adequate remedy at law to redress all the injuries that Defendants have caused and intend to cause by their conduct.  Surf Line will continue to suffer irreparable damage and to sustain lost profits until Defendants' actions alleged above are enjoined by this Court.

CLAIM FOR RELIEF

Copyright Infringement

42.     Surf Line realleges each and every allegation set forth in Paragraphs 1 through 41, inclusive, and incorporates them herein by reference.

43.     By their actions alleged above, Defendants have infringed and will continue to infringe Surf Line's copyright in and relating to the copyrighted fabric designs by manufacturing, displaying, selling, and offering to sell garments and accessories which are made from fabric which copies Surf Line's copyrighted designs.

44.     Surf Line is entitled to an injunction restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws of the United States.

45.     Surf Line is further entitled to recover from Defendants the damages, including attorney's fees as part of costs, it has sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of infringement alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Surf Line.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Surf Line prays for a judgment against Defendants as follows:

(A)     That the Court find that Defendants have infringed Surf Line's copyright in the copyrighted designs;

(B)     That the Court find a substantial likelihood that Defendants will continue to infringe Surf Line's copyrights in the copyrighted designs unless enjoined from doing so;

(C)     That Defendants, their directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Surf Line's copyright in the copyrighted fabric designs or continue to design, manufacture, produce, distribute, market, sell or offer to sell any works which are derived from or copy the copyrighted designs or to participate or assist in any such activity;

(D)     That Defendants, their directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to return to Surf Line any and all originals, copies, facsimiles or duplicates of the fabric containing Surf Line's copyrighted designs as well as any and all articles made from such fabric that are in Defendants' possession, custody or control;

(E)     That Defendants, their directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers, retailers, and all others known to Defendants, any originals, copies, facsimiles, or duplicates of any works shown by the evidence to infringe Surf Line's copyright in its copyrighted designs;

(F)     That Defendants be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles,

Dated:  November 8, 1999

HUNTON & WILLIAMS

By: 
    Samuel Danon

Attorneys for Plaintiff
SURF LINE HAWAII, LTD.

Samuel Danon
HUNTON & WILLIAMS
1 Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 810-2510
Facsimile:  (305) 810-2460

OF COUNSEL:

Anthony L. Fletcher
FISH & RICHARDSON PC
45 Rockefeller Plaza, Suite 2800
New York, NY 10111
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Sheila N. Weinberger
FISH & RICHARDSON PC
2200 Sand Hill Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 322-5070
Facsimile: (650) 854-0875

FARO DISEGNI COMO     NR.334    P.10G.   02

# ASSIGNMENT OF COPYRIGHT

Name:    Faro Disegni s.n.c.
Nationality:  Italy
Entity:    Partnership organized under the laws of Italy
Address:   via Roderi 9 - Palazzo Pantere
           22100 Como, Italia    (hereinafter "Grantor")

Name:    Surf Line Hawaii, Ltd. (hereinafter "SLH")
Entity:   a corporation organized under the laws of Hawaii
Address:  1451 Kalani Street, Honolulu, Hawaii 96817

WHEREAS, Grantor created the work(s) identified and pictured in Exhibit A (hereinafter "The Work") for, and was paid therefore by, SLH; and

WHEREAS, the parties always contemplated that SLH would acquire all right, title and interest in The Work, including whatever copyright Grantor may have therein,

NOW, THEREFORE, for good and valuable consideration, the receipt of which is acknowledged by Grantor, said Grantor does hereby assign to SLH, its successors and assigns forever, all its right, title and interest in The Work, worldwide, including all copyright rights therein. No right in The Work is, or is intended to be, reserved by Grantor.

Grantor agrees to perform any acts necessary or helpful to assist in registering, establishing, securing, defending, enforcing or otherwise protecting SLH copyrights in The Work, and also hereby irrevocably assigns and transfers to SLH, to the extent permissible in any jurisdiction, any and all moral rights in and to The Work, and, where to the extent, if any, such right(s) may be non-assignable, Grantor hereby irrevocably waives, in favor of SLH, its successors, assigns, affiliates, agents and representatives, any and all moral rights in and to The Work.

V3424 D980 Page 2

V3424 D980   Page

Grantor hereby warrants that he/she/it is the author of The Work; that The Work is an original work of authorship; that neither The Work nor this Assignment infringe or otherwise conflict or interfere with any rights whatsoever of any other person or party.

GRANTOR

By: _____

Date: September 2 1998
as of: September 25, 1995

Name: Charles Parker
Title: President

SURF LINE HAWAII, LTD.

By: _____

Honolulu, Hawaii
Date: September 2, 1998
as of: September 25, 1995

Name: David Y. Rochlen, Jr.
Title: President

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI

**VA 921-171**

EFFECTIVE DATE OF REGISTRATION

OCT 29 199

Month   Day

**MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

TITLE OF THIS WORK▼   ▼ See instructions NATURE

**Pop Flower Design**

PREVIOUS OR ALTERNATIVE TITLES▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work▼

If published in a periodical or serial give: Volume▼   Number▼   Issue Date▼   On Pages▼

---

## 2

**a** NAME OF AUTHOR▼   ▼   Year Died▼   DATES Year

**Faro Disegni s.n.c.**

Was this contribution to the work a "work made for hire"?
* ☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **Italy**
      Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☒ Design on sheetlike material

**b** NAME OF AUTHOR▼   ▼   Year Died▼   DATES Year

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◄Year in all cases.
**1995**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ **August** Day▶ **31** Year▶ **1996**
Nation ▶ **USA** ◄Nat

---

## 4

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2▼
**Surf Line Hawaii, Ltd.**
**1451 Kalani Street**
**Honolulu, Hawaii 96817**

APPLICATION RECEIVED
OCT 29 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 29 1998
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright▼

**Copyright Assignment**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HE
Page 1 of __ pa

.

ASSIGNMENT OF COPYRIGHT

| | |
|---|---|
| **NAME:** | FRANCESCO ORTENZI ("Grantor") |
| | FRANCESCO ORTENZI S.N.C. disegni |
| **NATIONALITY:** | ITALY |
| **ENTITY:** | ORGANIZED UNDER THE LAWS OF ITALY |
| **ADDRESS:** | VIA FRANCESCO MASSARDI, 26 |
| | 22100 COMO, ITALIA (ITALY) |

| | |
|---|---|
| **NAME:** | SURF LINE HAWAII, LTD.(hereinafter "SLH") |
| **ENTITY:** | A CORPORATION ORGANIZED UNDER THE LAWS OF HAWAII |
| **ADDRESS:** | 1451 KALANI STREET |
| | HONOLULU, HAWAII USA 96817 |

WHEREAS, Grantor created the work(s) identified and pictured in Exhibit "A" (hereinafter "The Work") for, and was paid therefore by, SLH and

WHEREAS, the parties always contemplated that SLH would acquire all right, title and interest in The Work, including whatever copyright Grantor may have therein.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is acknowledged by Grantor, said Grantor does hereby assign to SLH, its successors and assigns forever, all its right, title and interest in The Work, worldwide, including all copyright rights therein. No right in The Work is, or is intended to be , reserved by Grantor.

Grantor agrees to perform any acts necessary or helpful to assist to registering, establishing, securing, defending, enforcing or otherwise protecting SLH copyrights in The Work, and also hereby irrevocably assigns and transfers to SLH, to the extent permissible in any jurisdiction, any and all moral rights in and to The Work, and, where to the extent, if any, such right(s) may be non-assignable, Grantor hereby irrevocably waives, in favor of SLH, its successors, assigns, affiliates, agents and representatives, any and all moral rights in and to The Work.

Grantor hereby warrants that he/she/it is the author of The Work; that The Work is an original work of authorship; that neither The Work nor this Assignment infringe or otherwise conflict or interfere with any rights whatsoever of any other person or party.

GRANTOR

Date: 26/2/99

as of: May 7, 1996

By: _____
Name:  Patrizia Ortenzi
Title:   Art Director

SURF LINE HAWAII, LTD.

Date: **FEB 2 2 1999** _____

as of: May 7, 1996

By: _____
Name:  Barbara M. Hirano
Title:   Adm. Secretary

**FLOWERTRACK / R51376 ( 2550/114 )**

# CERTIFICATE OF REGISTRATION

**FORM VA**

TED STATES COPYRIGHT OFFICE

RE_____

**VA 718-473**

EF_____



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

| 3 | 11 | 99 |
|---|---|---|
| Month | Day | Year |

ATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼

Flower Track / R51376

NATURE OF THIS WORK ▼ See instructions

Fabric Design

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**   NAME OF AUTHOR ▼

Francesco Ortenzi S.N.C. disegni

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Italy
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es).  See instructions
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☒ Design on sheetlike material

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es).  See instructions
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given ▼ Year    in all cases.
1996

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 7    Year ▶ 1996
United States                                        Natio

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Surf Line Hawaii, Ltd.
1451 Kalani Street
Honolulu, Hawaii 96817

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright Assignment

APPLICATION RECEIVED
MAR 11 1999
ONE DEPOSIT RECEIVED
MAR 11 1999
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

ASSIGNMENT OF COPYRIGHT

NAME:           FRANCESCO ORTENZI ("Grantor")
                FRANCESCO ORTENZI S.N.C. disegni
NATIONALITY:    ITALY
ENTITY:         ORGANIZED UNDER THE LAWS OF ITALY
ADDRESS:        VIA FRANCESCO MASSARDI, 26
                22100 COMO, ITALIA (ITALY)


NAME:           SURF LINE HAWAII, LTD.(hereinafter "SLH")
ENTITY:         A CORPORATION ORGANIZED UNDER THE LAWS OF HAWAII
ADDRESS:        1451 KALANI STREET
                HONOLULU, HAWAII USA 96817

WHEREAS, Grantor created the work(s) identified and pictured in Exhibit "A" (hereinafter "The Work") for, and was paid therefore by, SLH and

WHEREAS, the parties always contemplated that SLH would acquire all right, title and interest in The Work, including whatever copyright Grantor may have therein.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is acknowledged by Grantor, said Grantor does hereby assign to SLH, its successors and assigns forever, all its right, title and interest in The Work, worldwide, including all copyright rights therein. No right in The Work is, or is intended to be , reserved by Grantor.

Grantor agrees to perform any acts necessary or helpful to assist to registering, establishing, securing, defending, enforcing or otherwise protecting SLH copyrights in The Work, and also hereby irrevocably assigns and transfers to SLH, to the extent permissible in any jurisdiction, any and all moral rights in and to The Work, and, where to the extent, if any, such right(s) may be non-assignable, Grantor hereby irrevocably waives, in favor of SLH, its successors, assigns, affiliates, agents and representatives, any and all moral rights in and to The Work.

Grantor hereby warrants that he/she/it is the author of The Work; that The Work is an original work of authorship; that neither The Work nor this Assignment infringe or otherwise conflict or interfere with any rights whatsoever of any other person or party.


                                      GRANTOR

Date: 26/2/99                         By: _____
                                          Name: Patrizia Ortenzi
as of: September 16, 1996                 Title:  Art Director


                                      SURF LINE HAWAII, LTD.

        FEB 2 2 1999                  By: _____
Date: _____                   Name: Barbara M. Hirano
as of: September 16, 1996                  Title:  Adm. Secretary


DACY / R51510 ( 3075/90 )

# CERTIFICATE OF REGISTRATION

## FORM VA
UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

VA 804-968

EFFECTIVE DATE OF REGISTRATION

| 3 | 15 | 99 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**
Dacy / R51510

**NATURE OF THIS WORK ▼** See instructions
Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**
Francesco Ortenzi S.N.C. disegni

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Italy
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check approriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☒ Design on sheetlike material

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check approriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 16 Year ▶ 1996
United States ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Surf Line Hawaii, Ltd.
1451 Kalani Street
Honolulu, Hawaii 96817

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright Assignment

**APPLICATION RECEIVED**
MAR 15 1999
**ONE DEPOSIT RECEIVED**
MAR 15 1999
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

V3425 D966   Page 2

## ASSIGNMENT OF COPYRIGHT

NAME: FARKAS PAOLO ET GENEVIEVE(hereinafter "Grantor")
    DESSINATEUS TEXTILE
NATIONALITY: FRANCE
ENTITY: ORGANIZED UNDER THE LAWS OF FRANCE
ADDRESS: 46530 SAINT-MARTIN
    LABOUVAL, FRANCE

NAME: SURF LINE HAWAII, LTD.(hereinafter "SLH")
ENTITY: A CORPORATION ORGANIZED UNDER THE LAWS OF HAWAII
ADDRESS: 1481 KALANI STREET
    HONOLULU, HAWAII USA 95825

WHEREAS, Grantor created the work(s) identified and pictured in Exhibit "A" (hereinafter "The Work") for, and was paid therefore by, SLH and

WHEREAS, the parties always contemplated that SLH would acquire all right, title and interest in The Work, including whatever copyright Grantor may have therein.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is acknowledged by Grantor, said Grantor does hereby assign to SLH, its successors and assigns forever, all its right, title and interest in The Work, worldwide, including all copyright rights therein. No right in The Work is, or is intended to be, reserved by Grantor.

Grantor agrees to perform any acts necessary or helpful to assist in registering, establishing, securing, defending, enforcing or otherwise protecting SLH copyrights in The Work, and also hereby irrevocably assigns and transfers to SLH, to the extent permissible in any jurisdiction, any and all moral rights in and to The Work, and, where to the extent, if any, such right(s) may be non-assignable, Grantor hereby irrevocably waives, in favor of SLH, its successors, assigns, affiliates, agents and representatives, any and all moral rights in and to The Work.

Grantor hereby warrants that he/she/it is the author of The Work; that The Work is an original work of authorship; that neither The Work nor this Assignment infringe or otherwise conflict or interfere with any rights whatsoever of any other person or party.

GRANTOR

Date: *22 OCT. 1998*

as of: September 28, 1995

By: *PAOLO & GENEVIEVE FARKAS*
Name: Paolo & Genevieve Farkas
Title: *PARTNERS*

SURF LINE HAWAII, LTD.

Date: *Oct. 22, 1998*

as of: September 28, 1995

By: _____
Name: David Y. Rochlen, Jr.
Title: President

CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

FORM VA
UNITED STATES COPYRIGHT OFFICE
REGIS
VA 919-777

EFFECTIVE DATE OF REGISTRATION
DEC 0 1 1998
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Oasis

NATURE OF THIS WORK ▼ See Instructions

Fabric Design

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** NAME OF AUTHOR ▼

**a** Paolo Farkas

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ France
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☒ Design on sheetlike material

NAME OF AUTHOR ▼

**b** Genevieve Farkas

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ France
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☒ Design on sheetlike material

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given

**a** 1995 ◀Year in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

**b** Complete this information Month ▶ August   Day ▶ 31   Year ▶ 1996
ONLY if this work has been published.   USA   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Surf Line Hawaii, Ltd.
1451 Kalani Street
Honolulu, Hawaii 96817

APPLICATION RECEIVED
DEC 01 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
DEC 01 1998
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright Assignment

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2

OCT-19-99 TUE 08:50 AM                                FAX NO. 808 841 5254                            P. 02/02

## ASSIGNMENT OF COPYRIGHT

NAME:           PAUL HARGITTAI("Grantor")
                PAUL HARGITTAI DESSINS
NATIONALITY:    FRANCE
ENTITY:         ORGANIZED UNDER THE LAWS OF FRANCE
ADDRESS:        19, RUE DE LA PAIX
                75002 PARIS


NAME:           SURF LINE HAWAII, LTD.(hereinafter "SLH")
ENTITY:         A CORPORATION ORGANIZED UNDER THE LAWS OF HAWAII
ADDRESS:        1451 KALANI STREET
                HONOLULU, HAWAII USA 95825

WHEREAS, Grantor created the work(s) identified and pictured in Exhibit "A" (hereinafter "The Work") for, and was paid therefore by, SLH and

WHEREAS, the parties always contemplated that SLH would acquire all right, title and interest in The Work, including whatever copyright Grantor may have therein.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is acknowledged by Grantor, said Grantor does hereby assign to SLH, its successors and assigns forever, all its right, title and interest in The Work, worldwide, including all copyright rights therein. No right in The Work is, or is intended to be , reserved by Grantor.

Grantor agrees to perform any acts necessary or helpful to assist to registering, establishing, securing, defending, enforcing or otherwise protecting SLH copyrights in The Work, and also hereby irrevocably assigns and transfers to SLH, to the extent permissible in any jurisdiction, any and all moral rights in and to The Work, and, where to the extent, if any, such right(s) may be non-assignable, Grantor hereby irrevocably waives, in favor of SLH, its successors, assigns, affiliates, agents and representatives, any and all moral rights in and to The Work.

Grantor hereby warrants that he/she/it is the author of The Work; that The Work is an original work of authorship; that neither The Work nor this Assignment infringe or otherwise conflict or interfere with any rights whatsoever of any other person or party.


                                        GRANTOR

Date: _November 25, 1998_               By: _____

as of:   September 30, 1995             Name: Paul Hargittai
                                        Title: _Designer ( President )_


                                        SURF LINE HAWAII, LTD.

Date: _Nov. 25, 1998_                   By: _____

                                        Name: David Y. Rochlen, Jr.
as of:   September 30, 1995             Title:  President

PRINT: SCURRY = #U4368                         V3429  D492



# CERTIFICATE OF REGISTRATION



**FORM VA**
~~UNITED STATES COPYRIGHT OFFICE~~

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**VA 931-756**

**EFFECTIVE DATE OF REGISTRATION**

FEB 0 1 1999

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Scurry / U4368 / R51267

**NATURE OF THIS WORK ▼** See instructions

Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

\* ~~Paul Hargittai,~~ Paul Hargittai Dessins

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ France
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☒ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 30   Year ▶ 1995
◀ Nation
United States

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Surf Line Hawaii, Ltd.
1451 Kalani Street
Honolulu, Hawaii 96817

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright Assignment

**APPLICATION RECEIVED**
FEB 0 1 1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
FEB 0 1 1999
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 99-3022

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SURF LINE HAWAII, LTD.

## DEFENDANTS

PLANET FISH and RICARDO TEIXEIRA

CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Honolulu County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Dade County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

A: Dade  1:99cv3022  moore  O'sullivan

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sam Danon, Esq., Hunton & Williams, One Biscayne Tower, #2500, 2 S. Biscayne Blvd. Miami, FL 33131 (305) 810-2500

ATTORNEYS (IF KNOWN)

NOV  8 1999

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | B☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions A or B |
| ☐ 290 All Other Real Property | | A☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

17 U.S.C. Sec. 101, 28 U.S.C. Sec. 1338(a), 28 U.S.C. Sec. 1331, 28 U.S.C. Sec. 1391(b)

LENGTH OF TRIAL   28 U.S.C. Sec. 1400(a)
via 2 days estimated (for both sides to try entire case)    copyright infringement

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**  ☐ UNDER F.R.C.P. 23

**DEMAND** $20,000  per infringement

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE
November 8, 1999

SIGNATURE OF ATTORNEY OF RECORD
_Sam A. Danon_

FOR OFFICE USE ONLY
Samuel A. Danon
FL Bar # 0892671

$150.00  812036